# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-00190-LTB-KLM

SONIA VISE,

       Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a/k/a LIBERTY MUTUAL,

       Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation To Dismiss With Prejudice (Doc 27 - filed November 22, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED:   November 23, 2010